## IN THE UNITED STATES DISTRICT COURT
## NOTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WATERFRONT TERRACE, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons, | )<br>)<br>)<br>) Civil Action No.: 1:15-cv-10398<br>) |
| Plaintiff, | ) **CLASS ACTION**<br>) |
| v. | ) Hon. Andrea R. Wood<br>) |
| META FINANCIAL GROUP, INC., UNIRUSH, LLC and JOHN DOES 1-10, | ) Magistrate Susan E. Cox<br>)<br>) |
| Defendants. | ) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, WATERFRONT TERRACE, INC., through its undersigned attorneys, hereby voluntarily dismisses this action with prejudice, the class allegations without prejudice, each side to bear its own costs.

WATERFRONT TERRACE, INC., individually and as the representative of a class of similarly-situated persons

s/ Brian J. Wanca

Brian J. Wanca
Ryan M. Kelly
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone:  847-368-1500
Fax:  847-368-1501
bwanca@andersonwanca.com
rkelly@andersonwanca.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 22, 2016, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

                                                      /s/Brian J. Wanca